Theodore Kinowski, defendant in error, v. Barbara Oswald et al. Northcenter Federal Finance Company, plaintiff in error. Gen. No. 34,510.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

David W. Roberts, for plaintiff in error. Otto Ade Arnston, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Jeffardo Picket, plaintiff in error. Gen. No. 34,522.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

William H. Temple, for plaintiff in error; Morris & Cashin, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Edw. E. Wilson and Henry T. Chace, Jr., Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Sam Margolis, sometimes known as Samuel Margolis, and Goldie Margolis, defendants in error, v. Louis Ross et al. Louis Ross, plaintiff in error. Gen. No. 34,530.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

John A. Brown, for plaintiff in error. James E. McShane and Philip Conley, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.

B. F. Newman, trading as Chicago Realtor Publishing Company, appellee, v. Arthur Michel, trading as Arthur Michel & Company, appellant. Gen. No. 34,563.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

E. R. Elliott, for appellant. Charles S. Milan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.